IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GREGG LEON CRAMPTON,

        Petitioner,

v.

J.E. THOMAS,

        Respondent.

Civil No. 07-1883-BR

ORDER

BROWN, Judge.

    In accordance with the Ninth Circuit Court of Appeals' October 27, 2010, Order, IT IS HEREBY ORDERED that this action is DISMISSED AS MOOT.

    IT IS SO ORDERED.

    DATED this <u>28th</u> day of October, 2010.

                                    <u>/s/ Anna J. Brown</u>
                                    ANNA J. BROWN
                                    United States District Judge

1 - ORDER -